UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT DYK and MARLI DYK, husband and wife,<br><br>                 Plaintiffs,<br><br>   v.<br><br>PROPERTY AND CASUALTY INSURANCE COMPANY OF HARTFORD, dba THE HARTFORD,<br><br>                 Defendant. | NO: 2:20-CV-0328-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

     BEFORE THE COURT is the parties' Stipulated Order of Dismissal (ECF No. 13). The parties agree that all claims that were or could have been brought in this case have been settled and should be dismissed, with prejudice and without attorney fees or costs to any party. The Court has reviewed the record and files herein and is fully informed.

     According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without attorney fees or costs to any party.

2. All deadlines, hearings and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED November 29, 2021.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2